**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CORRINE MACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-cv-00697-RLW |
| | ) | |
| ELITE STAFFING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Corrine Mack's response to the Court's order to show cause. (Docket No. 7). On June 20, 2018, the Court ordered plaintiff to show cause why her claims under the Americans with Disabilities Act of 1990 should not be dismissed for failure to exhaust administrative remedies. Plaintiff has responded that she checked the wrong box on her Court-provided form complaint, and is only pursuing a claim under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq*. Plaintiff's claims under Title VII appear to be timely filed and fully exhausted.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to issue process or cause process to issue on the complaint by serving defendant at its registered agent: National Corporate Research, Ltd., 9666 Olive Blvd., Suite 690, St. Louis, MO 63132.

Dated this 31st day of July, 2018.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE