UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORRINE MACK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MENASHA PACKAGING,<br><br>　　　　Defendant. | Case No. 18-cv-1120-JPG-RJD<br><br>consolidated with |
| CORRINE MACK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELITE STAFFING,<br><br>　　　　Defendant. | Case No. 18-cv-2091-JPG-RJD |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on defendant Elite Staffing's motion in *Mack v. Elite Staffing*, No. 18-cv-2091-JPG-RJD, to consolidate that case with *Mack v. Menasha Packaging*, No. 18-cv-1120-JPG-RJD (No. 18-cv-2091-JPG-RJD, Doc. 23). Elite Staffing asks to consolidate the cases pursuant to Federal Rule of Civil Procedure 42(a) because the cases involve common questions of law and fact regarding plaintiff Corrine Mack's employment by/at Elite Staffing and/or Menasha Packaging and her subsequent termination from that job. No party has responded to the motion.

Rule 42(a) allows the Court discretion to consolidate cases that involve a common question of law or fact. These two cases filed by Mack involve the same employment and the same events leading to termination of that employment. Furthermore, they involve common legal questions regarding the cause of that termination, including whether it was because of

unlawful discrimination or retaliation. Because the cases share many issues of fact and law, they are appropriate for consolidation under Rule 42(a).

The Court therefore:

- **GRANTS** the motion to consolidate (No. 18-cv-2091-JPG-RJD, Doc. 23);

- **CONSOLIDATES** *Mack v. Menasha Packaging*, No. 18-cv-1120-JPG-RJD, with *Mack v. Elite Staffing*, No. 18-cv-2091-JPG-RJD, for all further proceedings;

- **ORDERS** the parties to make all future filings in *Mack v. Menasha Packaging*, No. 18-cv-1120-JPG-RJD, the lead case, using the consolidated caption set forth above; nothing further shall be filed in *Mack v. Elite Staffing*, No. 18-cv-2091-JPG-RJD.

**IT IS SO ORDERED.**
**DATED: December 14, 2018**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**