UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORRINE MACK,<br><br>    Plaintiff,<br><br>v.<br><br>MENASHA PACKAGING,<br><br>    Defendant. | Case No. 18-cv-1120-JPG-RJD<br><br><br>consolidated with |
| CORRINE MACK,<br><br>    Plaintiff,<br><br>v.<br><br>ELITE STAFFING,<br><br>    Defendant. | Case No. 18-cv-2091-JPG-RJD |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that these consolidated cases are dismissed without prejudice.

**DATED: February 8, 2019**

                                              **MARGARET M. ROBERTIE, Clerk of Court**

                                              **s/Tina Gray, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**